United States District Court

Eastern District of California

O. Z. Martin,

      Plaintiff,　　　　　　　　　　No. Civ. S 05-0934 FCD PAN P

  vs.　　　　　　　　　　　　　　　Order

Edward Alameida, Jr., et al.,

      Defendants.

-oOo-

    Plaintiff, a state prisoner without counsel, seeks to commence a civil rights action pursuant to 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1).

    Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or

1  institutional equivalent) for the prisoner for the 6-month period
2  immediately preceding the filing of the complaint . . . ,
3  obtained from the appropriate official of each prison at which
4  the prisoner is or was confined." Plaintiff has not complied
5  with section 1915(a)(2).
6      Within 30 days, plaintiff may submit the required trust
7  account statement. Otherwise this file will be closed.
8      So ordered.
9      Dated: May 22, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge

\mart0934.no trust acct stmnt

2