United States District Court

Eastern District of California

O. Z. Martin,

      Plaintiff,                       No. Civ. S 05-0934 FCD PAN P

  vs.                                Findings and Recommendations

Edward Almeida, et al.,

      Defendants.

-oOo-

    Plaintiff is a state prisoner prosecuting this civil rights action without counsel.

    July 13, 2005, the court dismissed plaintiff's claims against defendants Edward Almeida and Tom L. Carey pursuant to 28 U.S.C. § 1915A, with leave to amend. The court informed plaintiff he could proceed against defendants Tan, Leftwich, S. O. Obedoza, Tessie R. Rallos, G. Cassey, G. Croll and Alvaro C. Traquina by submitting materials for service within 15 days, but the court would construe his election so to proceed as consent to

dismissal of his claims against defendants Edward Almeida and Tom L. Carey without leave to amend.

July 26, 2005, plaintiff submitted materials for service of defendants Tan, Leftwich, S. O. Obedoza, Tessie R. Rallos, G. Cassey, G. Croll and Alvaro C. Traquina.  I find plaintiff has consented to dismissal of claims against defendants Edward Almeida and Tom L. Carey without leave to amend.

Accordingly, the court hereby recommends that claims against defendants Edward Almeida and Tom L. Carey be dismissed without prejudice.

Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these findings and recommendations are submitted to the United States District Judge assigned to this case.  Written objections may be filed within 20 days of service of these findings and recommendations.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The district judge may accept, reject, or modify these findings and recommendations in whole or in part.

Dated:  August 4, 2005.

    /s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge