IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

O. Z. MARTIN,

      Plaintiff,                      No. CIV S-05-0934 FCD EFB P

      vs.

EDWARD ALAMEIDA, et al.,        <u>ORDER</u>

      Defendants.

_____/

      Defendants request an extension of time to file and serve a motion for summary judgment. <u>See</u> Fed. R. Civ. P. 6(b).

      Defendants' August 18, 2006, request is granted and defendants have 30 days from the date this order is served to file and serve a motion for summary judgment.

      So ordered.

Dated: August 29, 2006.

                                            _____
                                            EDMUND F. BRENNAN
\mart0934. grnt def eot                       UNITED STATES MAGISTRATE JUDGE