1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   O. Z. MARTIN,

11           Plaintiff,                   No. CIV S-05-0934 FCD EFB P

12        vs.

13   EDWARD ALAMEIDA, et al.,

14           Defendants.              ORDER

15   _____/

16        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations.

17   *See* 42 U.S.C. § 1983.  He requests an extension of time to file an opposition to defendants'

18   motion for summary judgment.  *See* Fed. R. Civ. P. 6(b).

19        Plaintiff's October 11, 2006, request is granted and plaintiff has 30 days from the date

20   this order is served to file an opposition to defendants' motion for summary judgment.

21        So ordered.

22   Dated:  November 1, 2006.

23

24                                    EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE
25

26