IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

O. Z. MARTIN,

     Plaintiff,                    No. CIV S-05-0934 FCD EFB P

     vs.

EDWARD ALAMEIDA, et al.,

     Defendants.            <u>ORDER</u>

_____/

     On November 21, 2006, plaintiff requested the Clerk of the Court to enter defendant Leftwich's default.

     Federal Rule of Civil Procedure 55 states:

> When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

A party who is personally served with process has 20 days from the date the request for waiver was sent to serve an answer. Fed. R. Civ. P. 12(a)(1)(A). The United States Marshall personally served process on defendant Leftwich on June 16, 2006. He has not responded to the complaint.

////

////

////

1

1    Accordingly, the Clerk of the Court shall enter the default of defendant Leftwich.

2 So ordered.

3 Dated: April 12, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE